IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

    Petitioner,                   No. CIV S-07-0414 GEB DAD P

    vs.

BOARD OF PRISON TERMS,

    Respondent.                 FINDINGS & RECOMMENDATIONS

        By an order filed December 6, 2007, petitioner was ordered to submit either the $5.00 filing fee or file an application to proceed in forma pauperis within thirty days.  In addition, petitioner's petition for writ of habeas corpus was dismissed and thirty days leave to file an amended petition was granted.  Petitioner was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed.  On January 16, 2008, the order was reserved on petitioner at his last known address.  The time period has now expired, and petitioner has not filed an application to proceed in forma pauperis or paid the appropriate filing fee, has not filed an amended petition for writ of habeas corpus, and has not otherwise responded to the court's order.  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
soto0414.fifp.fta