1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10    WILLIAM SOTO,

11              Petitioner,                         2:07-cv-0414-GEB-DAD-P

12         vs.

13    BOARD OF PRISON TERMS,

14              Respondent.                ORDER

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On March 11, 2008, the magistrate judge filed findings and recommendations

20    herein which were served on petitioner and which contained notice to petitioner that any

21    objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22    has not filed objections to the findings and recommendations.

23              The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1          1.  The findings and recommendations filed March 11, 2008, are adopted in full;

2   and

3          2.  This action is dismissed without prejudice.

4   Dated:  May 7, 2008

5

6   _____
    GARLAND E. BURRELL, JR.

7   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26